IN THE US DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| Karen M Owens<br>    Plaintiff, | )<br>)<br>)<br>)<br>)<br>)   Civil Case No.: 5:04–CV–108(CAR)<br>)<br>)<br>)<br>) |
| John E Potter<br>    Defendant, | |

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

05 MAY -9 AM 9:20

_____
DEPUTY CLERK

## MOTION FOR RESTORATION OF TIME

Comes now the Plaintiff in the above styled action and respectfully asks the court to grant an extension of time in the amount of forty-five (45) days from the date of this filing. Plaintiff justification for this request is outlined in Plaintiff's Motion To Reopen Discovery and Plaintiff's Motion for the Denial of Defendant's Motion For Partial Dismissal And Or Partial Summary Judgment.

Given this _____ day of May 2005.

Karen M Owens, Plaintiff